# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A., A
NATIONAL BANKING ASSOCIATION,
Appellant,
vs.
SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Respondent.

No. 67489

**FILED**

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ S. Young
DEPUTY CLERK

## *ORDER OF REVERSAL AND REMAND*

This is an appeal from a district court order granting a motion to dismiss in a quiet title action. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

The allegations in appellant's amended complaint, if accepted as true, may provide one or more bases under existing law as to why the foreclosure sale did not extinguish appellant's deed of trust. *See Buzz Stew, LLC v. City of N. Las Vegas*, 124 Nev. 224, 227-28, 181 P.3d 670, 672 (2008); *Nev. State Bank v. Jamison Family P'ship*, 106 Nev. 792, 801, 801 P.2d 1377, 1383 (1990); *see also Shadow Wood Homeowners Ass'n v. N.Y. Cmty. Bancorp, Inc.*, 132 Nev., Adv. Op. 5, ___ P.3d ___ (2016); *SFR Invs. Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev., Adv. Op. 75, 334 P.3d 408 (2014). The district court therefore erred in dismissing appellant's

16-08669

original complaint and denying appellant leave to file its amended complaint.[1] Accordingly, we

ORDER the judgment of the district court REVERSED AND REMAND this matter to the district court for proceedings consistent with this order.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Douglas Smith, District Judge
Wolfe & Wyman LLP
Kim Gilbert Ebron
Eighth District Court Clerk

---

[1]Although appellant sought leave to file the amended complaint, it does not appear from the record that appellant was required to do so. *Costello v. Casler*, 127 Nev. 436, 439 n.2, 254 P.3d 631, 633 n.2 (2011).